# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ANDRE PETER TOWNSEND, #189415, | ) ) ) |
| Plaintiff, | ) Civil Action No. 0:03-2528-RBH-BM |
| v. | ) ) |
| CALVIN ANTHONY, WARDEN; JEFFREY HUDSON, CAPTAIN; JERRY PALMER, SERGEANT; WENDELL GOODWIN, OFFICER; and KENNETH MCKELLER, ACTING WARDEN, | ) ) ) **ORDER** ) ) ) ) |
| Defendants. | ) ) |

This action has been filed by the Plaintiff, pro se, pursuant to 42 U.S.C. § 1983. Plaintiff, an inmate with the South Carolina Department of Corrections, alleges violations of his constitutional rights.

By order entered August 20, 2004, this case was statistically stayed pending further order of the Court. The Court has now been advised that the parties are ready to proceed. Therefore, the Court's previous order staying this case is hereby **vacated**. The Clerk is directed to restore this matter to the docket as of the date of this order.

Plaintiff shall have thirty-four (34) days to file his response to the Defendants' pending motion for summary judgment. Attached hereto is a copy of the Court's Roseboro order



entered in the case on August 10, 2004.

**IT IS SO ORDERED.**

Bristow Marchant
United States Magistrate Judge

Columbia, South Carolina

September 12, 2005

2